# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| VINICIO JORGE RIVAS DE LEON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:23-cv-81 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Vinicio De Leon ("De Leon") did not file Objections to this Report and Recommendation. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 5 at 1.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES without prejudice** De Leon's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's directive and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE**

AO 72A
(Rev. 8/82)

this case and enter the appropriate judgment of dismissal, and **DENIES** De Leon *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_21\_\_\_ day of \_\_August\_\_, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA